IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * Case No. 8:25-cr-314-TDC |
| v. | * |
| | * |
| JOHN ROBERT BOLTON, II, | * |
| | * |
| Defendant | * |
| | * |
| ***** | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Tanner L. Kroeger, Trial Attorney, National Security Division, U.S. Department of Justice, as counsel for the United States of America for all purposes in the above-captioned case.

        Respectfully submitted,

        KELLY O. HAYES
        UNITED STATES ATTORNEY

BY:        /s/
        Tanner L. Kroeger
        Trial Attorney
        National Security Cyber Section
        National Security Division
        United States Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530
        (202) 353-9488 (tel.)
        tanner.kroeger@usdoj.gov