IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>    Defendant. | No. 8:25-cr-314-TDC |

**CONSENT MOTION TO HOLD PRETRIAL MOTIONS DEADLINE IN ABEYANCE PENDING STATUS CONFERENCE**

    Defendant John Robert Bolton, II, by and through undersigned counsel, respectfully moves this Court for an Order holding the November 14, 2025, pretrial motions deadline in abeyance pending the upcoming November 21, 2025, status conference with the Court. The parties conferred on October 29, 2025, and government counsel stated that they do not have any objection to this request. Defendant states as follows:

    1.    As set forth in the Case Management Order in this case (D.E. 10, Oct. 17, 2025), the current deadline for "[a]ll pretrial motions, except for motions *in limine*, must be filed by November 14, 2025." *Id.* at 2.

    2.    The Defendant makes this request in light of the complex discovery issues in this case, including extensive classified discovery, and the time needed by defense counsel to obtain and review that discovery prior to filing any pretrial motions in this case. The government's production of unclassified discovery remains ongoing as of this filing, and the government's production of classified discovery in this case has not yet begun because the full defense team does not yet possess the requisite clearances and read ins.

1

3. The parties can further address the case schedule, including the status of discovery and pretrial motions, during the scheduled November 21, 2025, status conference with the Court. In the interim, Defendant respectfully requests that the Court hold the November 14, 2025, pretrial motions deadline in abeyance pending the November 21 status conference.

A Proposed Order is attached to this filing.

Dated: October 30, 2025

Respectfully submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (#11863)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*Attorneys for John Robert Bolton, II*