IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | No. 8:25-cr-314-TDC |

**[PROPOSED] ORDER**

Upon consideration of Defendant John Robert Bolton II's Consent Motion to Hold Pretrial Motions Deadline in Abeyance Pending Status Conference, it is hereby

**ORDERED** that the Defendant's Consent Motion to Hold Pretrial Motions Deadline in Abeyance Pending the November 21, 2025 Status Conference is **GRANTED**.

SO **ORDERED** this _____ of October 2025.

_____
Hon. Theodore D. Chuang
United States District Judge