IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 25-cr-314-TDC |
| **JOHN ROBERT BOLTON, II,** | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to File Letter Request for Alternative Sensitive Compartmented Information Facility Location Under Seal, it is hereby

**ORDERED** that the Motion to File Under Seal is **GRANTED**;

**SO ORDERED** this _____ of November 2025.

_____
Judge Theodore D. Chuang