IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * Case No. 8:25-cr-314-TDC |
| v. | * |
| | * |
| JOHN ROBERT BOLTON, II, | * |
| | * |
| Defendant. | * |
| | * |
| | ***** |

## MOTION TO WITHDRAW APPEARANCE OF
## S. DEREK SHUGERT AS COUNSEL FOR THE UNITED STATES

The United States of America, by and through undersigned counsel and pursuant to Local Rule 201 hereby respectfully requests that this Honorable Court withdraw the appearance of S. Derek Shugert as counsel for the United States in all matters for the above captioned case.

Respectfully submitted,

KELLY O. HAYES
UNITED STATES ATTORNEY

BY:        /s/
S. Derek Shugert
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-1051 (tel.)
shawn.shugert@usdoj.gov