IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| | \*  Case No. 8:25-cr-314-TDC |
| **v.** | \* |
| | \* |
| **JOHN ROBERT BOLTON, II,** | \* |
| | \* |
| **Defendant.** | \* |
| | \* |
| | \*\*\*\*\* |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER PURSUANT TO
SECTION 3 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America respectfully moves this Court, pursuant to Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. 3 (2006) ("CIPA"); the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2052, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA Section 9); Rules 16 and 57 of the Federal Rules of Criminal Procedure; the general supervisory authority of the Court; and to protect the national security, to enter the attached proposed Protective Order regarding the disclosure and dissemination of classified national security information and documents. In support, the government submits the following:

1.  Section 3 of CIPA requires, upon motion of the United States, that the Court "shall issue an order to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case in a district court of the United States."

2.  Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the Court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief.

3.  Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of classified documents and information obtained through discovery.

4.  The defendant and his counsel have reviewed this motion and the proposed Protective Order and have agreed to its terms.

                                                Respectfully submitted,

                                                KELLY O. HAYES
                                                UNITED STATES ATTORNEY

BY:        /s/
                                                Tanner Kroeger
                                               Trial Attorney
                                               National Security Division
                                               United States Department of Justice
                                               950 Pennsylvania Avenue NW
                                               Washington, DC 20530
                                               Phone: (202) 353-9488 (tel.)
                                               tanner.kroeger@usdoj.gov

                                               Thomas M. Sullivan
                                               Robert Goldaris
                                               Assistant United States Attorneys
                                               United States Attorney's Office
                                               6500 Cherrywood Lane, Suite 200
                                               Greenbelt, Maryland 20770
                                               Phone: (301) 344-4433