IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
|  | * |
| v. | * Case No. 8:25-cr-314-TDC |
|  | * |
| JOHN ROBERT BOLTON, II, | * |
|  | * |
| Defendant. | * |
|  | * |
|  | ***** |

## JOINT STATUS REPORT

The parties, through undersigned counsel, submit the following joint status report to the Court:

1. On October 16, 2025, a federal grand jury charged the Defendant in an 18-count indictment with the willful transmission, communication, delivery, and retention of national defense information in violation of Title 18, United States Code, Sections 793(d) and (e). A initial appearance and arraignment were held on October 17, 2025 before the Honorable Timothy J. Sullivan, Chief United States Magistrate Judge. On October 22, 2025, the Court granted the parties' joint motion to exclude time under the Speedy Trial Act from October 17, 2025, through and including November 21, 2025. Dkt. 23.

2. The United States has begun to produce unclassified discovery. However, the government anticipates the significant majority of discovery in this case will be produced subject to the Classified Information Procedures Act ("CIPA") and will require defense counsel and support staff to obtain security clearances and read-ins for various subcompartments prior to reviewing.

3. To further that process, the United States asked that the Court appoint a Classified Information Security Officer ("CISO") and to set a CIPA Section 2 pretrial conference to address

the case schedule. *See* Dkt. 26. In addition, the United States moved the Court to issue a protective order under CIPA Section 3. *See* Dkt. 39.

4. The Court has scheduled the Section 2 pretrial conference for November 21, 2025. Ahead of that hearing, the parties have conferred about a proposed schedule for discovery, pretrial motions, and trial. The parties agree, subject to the Court's approval, that the following schedule is appropriate in this case:

   a. May 22, 2026: Deadline to produce all discovery and to file any motions under CIPA Section 4.

   b. June 19, 2026: Deadline for CIPA Section 5 notice.

   c. August 28, 2026: Deadline for pretrial motions, including motions under CIPA Section 6.

   d. October 5, 2026 (or another date amenable to the Court): Status conference.

5. The parties intend to discuss the schedule outlined above with the Court during the pretrial conference on November 21, 2025. The parties will move the court to toll the Speedy Trial Act subject to the Court's approved schedule.

Respectfully submitted,

KELLY O. HAYES
UNITED STATES ATTORNEY

BY:          /s/
Thomas M. Sullivan
Robert I. Goldaris
Assistant United States Attorneys
United States Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770
Phone: (301) 344-4433

Tanner Kroeger
Trial Attorney

2

National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 353-9488 (tel.)
tanner.kroeger@usdoj.gov