IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOHN ROBERT BOLTON, II, <br><br> Defendant. | No. 25-cr-314-TDC |

## ORDER

Upon consideration of Defendant's Motion to File Letter Request for Alternative Sensitive Compartmented Information Facility Location Under Seal, it is hereby

**ORDERED** that the Motion to File Under Seal is **GRANTED**;

**SO ORDERED** this 8th of December 2025.

_____
Judge Theodore D. Chuang