UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JOHN ROBERT BOLTON, II,

Defendant.

Criminal Action No. 25-0314-TDC

**ORDER**

For the reasons stated during the November 21, 2025 Initial Status Conference and Pretrial Conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"), it is hereby ORDERED that the Court adopts the following schedule as proposed in the parties' Joint Status Report, ECF No. 41, and as modified at the Conference:

| Date | Event |
|---|---|
| January 12, 2026 | Initial Production of classified materials |
| January 12, 2026 | Government's Motions pursuant to Section 4 of CIPA relating to the produced materials |
| January 12, 2026 | Joint Status Report proposing an interim deadline for a second production of classified materials and Government Motions pursuant to Section 4 of CIPA |
| January 26, 2026 | Defendant's submission relating to the Government's CIPA Section 4 Motion |
| February 13, 2026 | Pretrial Motions unrelated to classified materials |
| May 22, 2026 | Production of all discovery and filing of any remaining Government Motions pursuant to Section 4 of CIPA |
| June 19, 2026 | Notice pursuant to Section 5 of CIPA |

August 28, 2026            Pretrial Motions relating to classified materials, including Motions pursuant to Section 6 of CIPA

October 5, 2026            Status Conference

Date: December 2, 2025

_____
THEODORE D. CHUANG
United States District Judge