IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   Case No. 8:25-cr-314-TDC |
| v. | * |
| | * |
| JOHN ROBERT BOLTON, II, | * |
| | * |
| Defendant. | * |
| | * |
| | ***** |

## JOINT STATUS REPORT

The parties, through undersigned counsel, submit the following joint status report to the Court:

1. On October 16, 2025, a federal grand jury charged the Defendant in an 18-count indictment with the willful transmission, communication, delivery, and retention of national defense information in violation of Title 18, United States Code, Sections 793(d) and (e). An initial appearance and arraignment were held on October 17, 2025, before the Honorable Timothy J. Sullivan, Chief United States Magistrate Judge. On October 22, 2025, the Court granted the parties' joint motion to exclude time under the Speedy Trial Act from October 17, 2025, through and including November 21, 2025. ECF. 23.

2. The United States has begun to produce unclassified discovery. However, the government anticipates the significant majority of discovery in this case will be produced subject to the Classified Information Procedures Act ("CIPA"), which has required defense counsel and support staff to obtain security clearances and read-ins for various subcompartments prior to reviewing.

3.	To further that process, the United States asked that the Court appoint a Classified Information Security Officer ("CISO") and to set a CIPA Section 2 pretrial conference to address the case schedule.  *See* ECF. 26.  In addition, the United States moved the Court to issue a protective order under CIPA Section 3.  *See* ECF. 39.

4.	The Court held Section 2 pretrial conference on November 21, 2025.  At that conference, the Court and parties discussed a proposed schedule for discovery, pretrial motions, and trial.  *See* ECF 42.

5.	On November 21, 2025, the United States filed a Consent Motion to Exclude Time Pursuant to the Speedy Trial Act to exclude the time from November 21, 2025, through and including October 5, 2026, from the calculation under the Speedy Trial Act.  The Court granted the motion and ordered that time excluded on November 24, 2025.  *See* ECFs 43 and 45.

6.	The Court signed the CIPA Section 3 Protective Order on November 24, 2025, which, *inter alia*, directed the defense team to sign a Memorandum of Understanding regarding the receipt of classified information in advance of receiving classified discovery.  *See* ECF 44.

7.	On December 9, 2025, the Court entered a scheduling Order adopting deadlines proposed in the parties' Joint Status Report of November 20, 2025, as modified at the status conference on November 21, 2025. The Order directed the Government to make an initial production of classified materials and file a CIPA Section 4 Motion on January 12, 2026.  The Order set a January 26, 2026, deadline for defense submissions relating to the Government's CIPA Section 4 Motion.  *See* ECF 48.

8.	The Court's Order also directed the parties to file a Joint Status Report on January 12, 2026, that included proposed deadlines for a second production of classified materials and corresponding Government CIPA Section 4 Motion.  *See* ECF 48.

9. The final member of the defense team was fully cleared and read in on January 2, 2026.

10. On January 7, 2026, the defense filed the signed Memorandum of Understanding Regarding Receipt of Classified Information. *See* ECF 49. The same day, the Government provided an initial production of classified materials comprising approximately 2,200 printed pages.

11. On January 9, 2026, the defense filed and the Court granted a Motion extend the time to file pretrial motions that are unrelated to classified materials. *See* ECFs 49-50.

12. On January 12, 2026, the United States filed with the Court a Motion pursuant to CIPA Section 4 regarding the initial production of classified materials. *See* ECF 52.

13. The parties jointly propose the following dates for second and subsequent classified material productions:

| | |
|---|---|
| Second Production of Classified Materials | February 12, 2026 |
| Second CIPA Section 4 Motion | March 20, 2026 |
| Third Production of Classified Materials | March 20, 2026 |
| Defense submissions relating to the Government's Second CIPA Section 4 Motion | April 4, 2026 |
| Subsequent Productions of Classified Materials | On or before May 22, 2026 |

14. The prosecution team is in regular contact with the United States' Intelligence Community's (USIC) equity holders regarding the review and production of classified materials and the Court's deadlines. The proposed deadlines above reflect the prosecution team's good faith understanding of the USIC's ability to thoroughly and expeditiously review, analyze, and provide their required input on those classified materials. Should the USIC communicate to the prosecution

team that, despite their best efforts, they require additional time, counsel will promptly advise the Court of the situation and request modified timelines. Regardless, the parties currently believe that all classified discovery will be produced, and Section 4 motions will be filed by the Court's ultimate May 22, 2026, deadline.

Respectfully submitted,

KELLY O. HAYES
UNITED STATES ATTORNEY

BY:            /s/
Robert I. Goldaris
Thomas M. Sullivan
Assistant United States Attorneys
United States Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770
Phone: (301) 344-4433

Tanner Kroeger
Garrett J. Coyle
Trial Attorneys
National Security Division
United States Department of Justice