**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | Criminal Action No. 25-0314-TDC |

**CORRECTED ORDER**

The parties have filed a Joint Status Report, ECF No. 54, proposing deadlines for subsequent productions of classified materials and Government Motions pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"). Upon review, the Court adopts the schedule as proposed in the parties' Joint Status Report, ECF No. 54. Accordingly, it is hereby ORDERED that the Court's previous Scheduling Order, ECF Nos. 48, 51, is modified as follows:

| | |
|---|---|
| February 12, 2026 | Second Production of classified materials |
| March 20, 2026 | Government's Second Motion pursuant to Section 4 of CIPA relating to the produced materials |
| March 20, 2026 | Third Production of classified materials |
| April 4, 2026 | Defendant's submission relating to the Government's Second CIPA Section 4 Motion |
| May 22, 2026 | Production of all discovery and filing of any remaining Government Motions pursuant to Section 4 of CIPA |

Date: January 15, 2026



THEODORE D. CHUANG
United States District Judge