IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT BOLTON, II,<br><br>Defendant. | No. 8:25-cr-314-TDC<br><br>Hon. Theodore D. Chuang |

**CONSENT MOTION TO EXTEND DEADLINE BY 21 DAYS TO FILE PRETRIAL MOTIONS UNRELATED TO CLASSIFIED MATERIALS**

Defendant John Robert Bolton, II, by and through undersigned counsel, respectfully moves this Court for the entry of an order extending by 21 days the time for him to file any pretrial motions unrelated to classified materials. Ambassador Bolton asks that the current deadline for unclassified pretrial motions of March 30, 2026 be extended to April 20, 2026, based on the following:

1.  Following the November 21, 2025 Initial Status, this Court entered a scheduling order requiring pretrial motions unrelated to classified materials to be filed by February 13, 2026. ECF 48.

2.  On January 9, 2026, on the consented-to motion of Ambassador Bolton, the Court continued the deadline for unclassified pretrial motions to March 30, 2026. ECF 51. This was Ambassador Bolton's first request to continue the deadline.

3.  The parties remain in active and productive dialogue about the discovery in this case. As of this filing, the government has indicated that they have not yet finished producing unclassified discovery, including potential responses to a discovery letter sent by Ambassador Bolton. The unclassified discovery produced to date largely consists of electronic device data,

1

such as location history and device backups, which have no bearing on the allegations in the Indictment.

4. Additionally, on February 6, 2026, the prosecution indicated that the filter team had identified approximately 7,000 pages of potentially privileged material, which have not yet been released to the prosecution team, for defense counsel to review. Because this material has not yet been reviewed by the U.S. Intelligence Community ("USIC") or undergone a classification review, the government is presumptively designating the material as "classified" for the defense to review in the SCIF. Following the conclusion of defense counsel's privilege review, if there is certain material that the defense wishes to utilize in this case, the government will work with the USIC to undertake any necessary classification review and determine whether the material is in fact classified.

5. The content of such discovery, assuming portions are determined to be unclassified, will inform Ambassador Bolton's possible pretrial motions, including a potential motion to dismiss for selective and/or vindictive prosecution.

6. Counsel for Defendant is preparing for a trial estimated to take four to six weeks, that begins on March 2, 2026, in which Mr. Lowell is lead counsel for his client Devin Wenig. *Steiner et al v. eBay Inc. et al*, No. 1:21-cv-11181-PBS (D. Mass.).

7. Additionally, Counsel for Defendant is simultaneously preparing for trial in *United States v. Huerta*, No. 2:25-cr-00841-SB (C.D. Cal.), which has a motions hearing in Los Angeles on February 20, 2026.

8. Neither party will be prejudiced by this brief extension, and the additional 21 days will give defense counsel adequate time to review the still forthcoming unclassified and classified discovery to inform any unclassified pretrial motions, if necessary.

9.       Counsel for Defendant conferred with the government, and the government consents to this Motion.

Accordingly, Ambassador Bolton respectfully moves this Court for an order extending the time for him to file any possible unclassified pretrial motions from March 30, 2026 to April 20, 2026. Counsel is available to further discuss this unopposed request with the Court at a status conference, if the Court would like. A proposed order is attached.

Dated: February 17, 2026                                Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell (#11863)
David A. Kolansky (admitted *pro hac vice*)
Isabella M. Oishi (admitted *pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H. St NW, Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com

*Attorneys for John Robert Bolton, II*