IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 25-cr-314-TDC |
| JOHN ROBERT BOLTON, II, | |
| Defendant. | |

## ORDER

Upon consideration of Defendant's Motion to Extend Deadline By 21 Days to File Pretrial Motions Unrelated to Classified Materials, it is hereby

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that the deadline to file pretrial motions unrelated to classified materials shall be April 20, 2026.

**SO ORDERED** this 18th of February 2026.

_____
Judge Theodore D. Chuang