# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *  Case No. 8:25-cr-0314-TDC |
| v. | * |
| | * |
| JOHN ROBERT BOLTON, II, | * |
| | * |
| Defendant. | * |

## NOTICE OF FILING OF CLASSIFIED EX PARTE, IN CAMERA SUPPLEMENT TO MOTION FOR PROTECTIVE ORDER UNDER SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)

The government respectfully notifies the Court and the defense that today it filed, via the Classified Information Security Officer, a classified ex parte, in camera supplement to its motion for a protective order under § 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1) (ECF No. 52).

Dated: March 9, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/ Thomas M. Sullivan
Thomas M. Sullivan
Robert I. Goldaris
Assistant United States Attorneys

Christian J. Nauvel
Acting Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

Tanner Kroeger
Acting Deputy Chief

By: /s/ Garrett Coyle
Garrett Coyle
Trial Attorney