**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | Case No. 8:25-cr-0314-TDC |
| **v.** | * | |
| | * | |
| **JOHN ROBERT BOLTON, II,** | * | |
| | * | |
| **Defendant.** | * | |

**CONSENT MOTION FOR ONE-MONTH EXTENTION OF TIME**
**TO FILE SECOND CIPA § 4 MOTION**

The government respectfully moves for a one-month extension of time — from March 20, 2026, to April 20, 2026 — to file its second motion for a protective order under § 4 of the Classified Information Procedures Act (CIPA) and Federal Rule of Criminal Procedure 16(d)(1). The defense consents to this request. The request is supported by good cause:

1.      The initial scheduling order set a January 12, 2026 deadline for the government's first production of classified discovery, the government's first CIPA § 4 motion, and a joint status report proposing a deadline for the government's second CIPA § 4 motion. ECF No. 41.

2.      The government produced the first tranche of classified discovery on January 7, 2026. ECF No. 54 at ¶ 10. The government filed the first CIPA § 4 motion on January 12, 2026. ECF No. 52. At the parties' joint proposal, ECF No. 54 at ¶ 13, the Court set a March 20, 2026 deadline for the government's second CIPA § 4 motion and an April 4, 2026 deadline for any defense submission relating to the second CIPA § 4 motion. ECF No. 56.

3.      The government is continuing to work with the relevant intelligence agencies on the production of classified discovery materials and is nearing resolution of all or substantially all issues relevant to the relief that the government anticipates seeking from the Court under CIPA § 4 in this case. To promote judicial economy, the government seeks a one-month

extension of time to file its second CIPA § 4 motion, which the government anticipates will allow it to present nearly all (if not all) remaining CIPA § 4 requests to the Court in a single filing, instead of seriatim filings addressing related issues.

4.      If the Court grants the government's request to extend the second CIPA § 4 motion deadline, the government respectfully requests a concomitant extension — from April 4, 2026, to May 4, 2026 — of the deadline for any defense submission relating to the second CIPA § 4 motion.

5.      Government counsel conferred with defense counsel, who advised that they consent to this motion.

6.      The government continues to believe that it will produce all classified discovery and file any final CIPA § 4 motions by the ultimate May 22, 2026 deadline, ECF No. 56, and the government does not seek to modify that deadline.

A proposed order is attached.

Dated: March 16, 2026                    Respectfully submitted,

                                         Kelly O. Hayes
                                         United States Attorney

                                         By:  */s/ Thomas M. Sullivan*
                                         Thomas M. Sullivan
                                         Robert I. Goldaris
                                         Assistant United States Attorneys

                                         Christian J. Nauvel
                                         Acting Chief
                                         Counterintelligence and Export Control Section
                                         National Security Division
                                         U.S. Department of Justice

                                         By:  */s/ Garrett Coyle*
                                         Tanner Kroeger
                                         Garrett Coyle
                                         Trial Attorneys