UNCLASSIFIED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Case No. 8:25-cr-0314-TDC |
| v. | * | |
| | * | |
| JOHN ROBERT BOLTON, II, | * | |
| | * | |
| Defendant. | * | |

## UNCLASSIFIED PROPOSED PROTECTIVE ORDER UNDER SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)

On January 12, 2026, the government filed a sealed, ex parte, classified motion for a protective order under § 4 of the Classified Information Procedures Act, 18 U.S.C. app. 3 § 4, and Federal Rule of Criminal Procedure 16(d)(1).

The Court has considered the motion and accompanying materials and any submission from the defendant.

The Court finds that the motion, which seeks authorization to withhold certain classified information from the defense in discovery, was properly filed ex parte. *See* 18 U.S.C. app. 3 § 4; Fed. R. Crim. P. 16(d)(1).

The Court also finds that the government's requested protective order is warranted.

The grounds for the protective order are set forth more fully in a simultaneously issued classified order filed ex parte and under seal with the Classified Information Security Officer.

It is so ordered.

Dated: March 31, 2026

_____
Hon. Theodore D. Chuang
United States District Judge