Filed with the Classified
Information Security Officer
CISO ⟋
Date _08/31/2026_.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Case No. 8:25-cr-0314-TDC |
| v. | * | |
| | * | |
| JOHN ROBERT BOLTON, II, | * | |
| | * | |
| Defendant. | * | |

## CLASSIFIED PROPOSED PROTECTIVE ORDER UNDER
## SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND
## FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)