**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No. 25-cr-0314-TDC |
| | * | |
| **JOHN ROBERT BOLTON, II,** | * | |
| | * | |
| Defendant. | * | |

**ORDER**

The parties have filed a joint motion for a fourteen-day extension of time — from May 5, 2026, to May 19, 2026 — for the Government to file its second motion for a protective order under § 4 of the Classified Information Procedures Act (CIPA) and Federal Rule of Criminal Procedure 16(d)(1), and for the defense to file pretrial motions unrelated to classified materials.

The Court finds the motion is supported by good cause.

Accordingly, the Court **ORDERS** that the motion is granted. Therefore, the existing filing deadlines are modified as follows:

| | |
|---|---|
| May 19, 2026 | Government's second CIPA § 4 motion |
| May 19, 2026 | Pretrial motions unrelated to classified material |

**SO ORDERED** this ____ day of May 2026

_____
HONORABLE THEODORE D. CHUANG
United States District Court Judge

1