UNCLASSIFIED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | Case No. 8:25-cr-0314-TDC |
| **v.** | * | |
| | * | |
| **JOHN ROBERT BOLTON, II,** | * | |
| | * | |
| **Defendant.** | * | |

**FIRST ORDER RE SEALING OF CLASSIFIED SENTENCING FILINGS AND PARTIAL CLOSURE OF SENTENCING HEARING**

On October 30, 2026, the government moved to seal the parties' classified supplemental sentencing filings and to close any portion of the sentencing hearing at which classified information is discussed under § 6(a) of the Classified Information Procedures Act, 18 U.S.C. app. 3 § 6(a), and Federal Rule of Criminal Procedure 32(i)(4).

The Court hereby notifies the public that the sealing and closure requested by the government may be ordered. Any objections to this sealing or closure must be filed no later than December 1, 2026.

It is so ordered.

Dated: November 24, 2026

Hon. Theodore D. Chuang
United States District Judge